| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 4:23CR00060-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00103-JAD-NJK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Utah | Central |
| Ismael Perez-Reyes | NAME OF SENTENCING JUDGE | |
| | David Nuffer, Senior U.S. District Judge | |
| X FILED  RECEIVED<br>ENTERED  SERVED ON<br>4/22/2025<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: MAM  DEPUTY | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/04/2023 | TO 10/03/2028 |

**OFFENSE**
Count 1: Reentry of a Previous Removed Alien

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The defendant was arrested in the District of Nevada for driving under the influence and the District of Nevada will likely be prosecuting him for Illegally Reentering the United States. The District of Nevada has indicated they are amenable to addressing the violation of supervision and impose sentencing for said violation.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   UTAH

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Nevada   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

04/17/2025
Date

*/s/ David Nuffer*
United States District Judge

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/22/2025
Effective Date

United States District Judge

1