**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00103-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| ISMAEL PEREZ-REYES, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, May 13, 2025 at 10:00 a.m., be vacated and continued to August 11, 2025, at the hour of 11:00 a.m.

DATED this 9th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE